UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIJAY PARASHAR and POONAM SHARMA,<br><br>             Plaintiff(s),<br><br>    v.<br><br>ERIC HOLDER,<br><br>             Defendant(s). | NO. C10-1058MJP<br><br>ORDER OF DISMISSAL |

On October 25, 2010, the Court issued a minute order directing the parties to file a joint status report by not later than November 4, 2010 or risk sanctions, including dismissal. No joint status having been filed in this case:

IT IS ORDERED that the matter is DISMISSED without prejudice for Plaintiffs' failure to prosecute their lawsuit in a timely manner.

The clerk is ordered to provide copies of this order to all counsel.

Dated: November 22, 2010

_____
Marsha J. Pechman
U.S. District Judge

**ORDER ON - 1**